JOHN B. SULLIVAN (State Bar No. 96742)
EDWARD R. BUELL, III (State Bar No. 240494)
EVELINA MANUKYAN (State Bar No. 233262)
exm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
EXECUTIVE TRUSTEE SERVICES, LLC and
GMAC MORTGAGE, LLC
FEDERAL HOME LOAN MORTGAGE
CORPORATION, a United States Corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL WEST HOMES AND INVESTMENTS, LLC, a California limited liability company,<br><br>        Plaintiff,<br><br>    vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a Federally Chartered Private Corporation; EXECUTIVE TRUSTEE SERVICES, LLC, dba ETS SERVICES, LLC, a Delaware Limited Liability Company; OLD REPUBLIC TITLE COMPANY, a California Corporation; GMAC MORTGAGE, LLC, a Delaware Limited Liability Company; DANIEL LEE WESTFALL, an individual; TANUE WESTFALL, an individual; and DOES 1 - 10, inclusive,<br><br>        Defendants. | Case No. 1:13-CV-00073-LJO-SMS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>Action Filed:      January 15, 2013 |

Plaintiff CAL WEST HOME AND INVESTMENTS, LLC ("Plaintiff") and Defendants

EXECUTIVE TRUSTEE SERVICES, LLC, GMAC MORTGAGE, LLC, and FEDERAL HOME

LOAN MORTGAGE CORPORATION, a United States Corporation ("Defendants"), by and

through their attorneys of record in this case, hereby stipulate and agree that:

WHEREAS, Plaintiff filed the instant action in the Superior Court of California, County of

Fresno under case No. 12 CE CG 03817 DSB on December 4, 2012 ("Action");

WHEREAS, on January 15, 2013 Defendant Federal Home Loan Mortgage Corporation removed the Action to the United States District Court, Eastern District of California-Fresno Division (Case No. 1:13-cv-00073);

WHEREAS, the Defendants' responsive pleading is presently due on February 19, 2013;

WHEREAS, upon preliminary assessment of the matter, the Parties have determined that both Plaintiff and Defendants will benefit from an additional factual investigation of the matter;

WHEREAS, Local Rule 6-144(a) of the United States District Court for the Eastern District of California provides that the Parties may stipulate to extend the time for responding to a complaint without leave of Court so long as all parties affected by the extension consent and the extension is no longer than 28 days;

IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendants, on the other, through their respective counsel of record herein, that the Defendants may have an extension of time to answer, move, or otherwise respond to Plaintiff's complaint to and including February 28, 2013.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

DATED:  February 19, 2013                Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation


By:     /s/ *Evelina Manukyan*
              Evelina Manukyan

Attorneys for Defendants EXECUTIVE TRUSTEE SERVICES, LLC and GMAC MORTGAGE, LLC (and FREDDIE MAC)

DATED:  February 19, 2013                    Respectfully submitted,

                                             WAGNER JONES HELSLEY, PC


                                             By:    /s/ Troy T. Ewell
                                                    _____
                                                    Patrick D. Toole
                                                    Troy T. Ewell

                                             Attorneys for Plaintiff CAL WEST HOMES AND
                                             INVESTMENTS, LLC

                                  **ORDER**

     The Court, having duly considered the parties' stipulation as set forth above, and good

cause appearing, hereby orders as follows: Defendants' deadline to file a responsive pleading to

Plaintiff's Complaint shall be extended to February 28, 2013.



IT IS SO ORDERED.

     Dated:   **February 19, 2013**              **/s/ Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE