1  JOHN B. SULLIVAN (State Bar No. 96742)
   EDWARD R. BUELL, III (State Bar No. 240494)
2  EVELINA MANUKYAN (State Bar No. 233262)
   exm@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  EXECUTIVE TRUSTEE SERVICES, LLC and
   GMAC MORTGAGE, LLC
8  FEDERAL HOME LOAN MORTGAGE
   CORPORATION, a United States Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL WEST HOMES AND INVESTMENTS, LLC, a California limited liability company,<br><br>             Plaintiff,<br><br>       vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a Federally Chartered Private Corporation; EXECUTIVE TRUSTEE SERVICES, LLC, dba ETS SERVICES, LLC, a Delaware Limited Liability Company; OLD REPUBLIC TITLE COMPANY, a California Corporation; GMAC MORTGAGE, LLC, a Delaware Limited Liability Company; DANIEL LEE WESTFALL, an individual; TANUE WESTFALL, an individual; and DOES 1 - 10, inclusive,<br><br>             Defendants. | Case No. 1:13-CV-00073-LJO-SMS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br><br>Action Filed:     January 15, 2013 |

19000.1454/2570540.1                                                      1:13-cv-00073-LJO-SMS
                        STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1   Plaintiff CAL WEST HOME AND INVESTMENTS, LLC ("Plaintiff") and Defendants
2 EXECUTIVE TRUSTEE SERVICES, LLC, GMAC MORTGAGE, LLC, and FEDERAL HOME
3 LOAN MORTGAGE CORPORATION, a United States Corporation ("Defendants"), by and
4 through their attorneys of record in this case, hereby stipulate and agree that:

5   WHEREAS, Plaintiff filed the instant action in the Superior Court of California, County of
6 Fresno under case No. 12 CE CG 03817 DSB on December 4, 2012 ("Action");

7   WHEREAS, on January 15, 2013 Defendant Federal Home Loan Mortgage Corporation
8 removed the Action to the United States District Court, Eastern District of California-Fresno
9 Division (Case No. 1:13-cv-00073);

10   WHEREAS, the Defendants' responsive pleading is presently due on February 28, 2013;

11   WHEREAS, upon preliminary assessment of the matter, the Parties have determined that
12 both Plaintiff and Defendants will benefit from an additional factual investigation of the matter;

13   WHEREAS, Local Rule 6-144(a) of the United States District Court for the Eastern
14 District of California provides that the Parties may stipulate to extend the time for responding to a
15 complaint without leave of Court so long as all parties affected by the extension consent and the
16 extension is no longer than 28 days;

17   IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendants,
18 on the other, through their respective counsel of record herein, that the Defendants may have an
19 extension of time to answer, move, or otherwise respond to Plaintiff's complaint to and including
20 March 14, 2013.

21   This extension of time will not alter the date of any event or deadline already fixed by
22 Court order.

23   IT IS SO STIPULATED.
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

19000.1454/2570540.1                                                                    1:13-cv-00073-LJO-SMS
STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  DATED:  March 1, 2013                Respectfully submitted,

2                                        SEVERSON & WERSON
3                                        A Professional Corporation

4

5                                        By:    /s/ *Evelina Manukyan*
                                                Evelina Manukyan
6

7                                        Attorneys for Defendants EXECUTIVE TRUSTEE
                                         SERVICES, LLC and GMAC MORTGAGE, LLC (and
8                                        FREDDIE MAC?)

9
   DATED:  March 1, 2013                 Respectfully submitted,
10

11                                       WAGNER JONES HELSLEY, PC

12

13                                       By:    /s/ *Troy T. Ewell*
                                                Troy T. Ewell
14

15                                       Attorneys for Plaintiff CAL WEST HOMES AND
                                         INVESTMENTS, LLC
16

17                                       **ORDER**

18      The Court, having duly considered the parties' stipulation as set forth above, and good

19  cause appearing, hereby orders as follows:

20      Defendants' deadline to file a responsive pleading to Plaintiff's Complaint shall be

21  extended to March 14, 2013.

22      IT IS SO ORDERED.

23  DATED:  3/1/2013                     /s/ SANDRA M . SNYDER
                                         UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28