UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL WEST HOMES AND INVESTMENTS, LLC, | CASE NO. CV F 13-0073 LJO SMS |
| Plaintiff, | |
| vs. | **ORDER TO FILE PAPERS TO ADDRESS BANKRUPTCY STAY** (Doc. 12) |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, | |
| Defendant | |

Defendants GMAC Mortgage, LLC and Executive Trustee Services, LLC filed papers to indicate that they are subject in part to an automatic bankruptcy stay.  As such, this Court ORDERS the parties, no later than March 12, 2013, to file joint papers to address whether this Court should stay this action in total or in part and how this case should proceed given the bankruptcy stay.

IT IS SO ORDERED.

Dated:   **March 4, 2013**      **/s/**

**Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE

1