JOHN B. SULLIVAN (State Bar No. 96742)
EDWARD R. BUELL, III (State Bar No. 240494)
EVELINA MANUKYAN (State Bar No. 233262)
exm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
EXECUTIVE TRUSTEE SERVICES, LLC and
GMAC MORTGAGE, LLC
FEDERAL HOME LOAN MORTGAGE
CORPORATION, a United States Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL WEST HOMES AND INVESTMENTS, LLC, a California limited liability company,<br><br>                    Plaintiff,<br><br>         vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a Federally Chartered Private Corporation; EXECUTIVE TRUSTEE SERVICES, LLC, dba ETS SERVICES, LLC, a Delaware Limited Liability Company; OLD REPUBLIC TITLE COMPANY, a California Corporation; GMAC MORTGAGE, LLC, a Delaware Limited Liability Company; DANIEL LEE WESTFALL, an individual; TANUE WESTFALL, an individual; and DOES 1 - 10, inclusive,<br><br>                    Defendants. | Case No. 1:13-cv-00073-LJO-SMS<br><br>**JOINT STIPULATION TO ADDRESS BANKRUPTCY STAY PER COURT'S MARCH 4, 2013 ORDER**<br><br><br><br><br><br><br><br><br><br>Action Filed:      January 15, 2013 |

1  Plaintiff CAL WEST HOME AND INVESTMENTS, LLC ("Plaintiff") and Defendants
2  EXECUTIVE TRUSTEE SERVICES, LLC, ("ETS") GMAC MORTGAGE, LLC, ("GMAC")
3  and FEDERAL HOME LOAN MORTGAGE CORPORATION, a United States Corporation
4  ("Freddie Mac")(collectively "Defendants"), by and through their attorneys of record in this case,
5  hereby stipulate and agree that:
6  WHEREAS, Plaintiff filed the instant action in the Superior Court of California, County of
7  Fresno under case No. 12 CE CG 03817 DSB on December 4, 2012 ("Action");
8  WHEREAS, on January 15, 2013 Defendant Federal Home Loan Mortgage Corporation
9  removed the Action to the United States District Court, Eastern District of California-Fresno
10 Division (Case No. 1:13-cv-00073);
11 WHEREAS, Defendants GMAC and ETS filed a Notice of Bankruptcy and Suggestion of
12 Automatic Stay (Doc. 12) pursuant to which Plaintiff's Sixth Cause of Action for Negligence
13 against ETS is a precluded claim;
14 WHEREAS, on March 4, 2013, the Court issued an order requiring the parties to file joint
15 papers addressing the bankruptcy stay (Doc. 14);
16 IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendants,
17 on the other, through their respective counsel of record herein, that the case should proceed with
18 the exception of the precluded Cause of Action for Negligence against ETS.
19 IT IS SO STIPULATED.
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1 | DATED: March 13, 2013 | Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation


By:      /s/ *Evelina Manukyan*
              Evelina Manukyan

Attorneys for Defendants EXECUTIVE TRUSTEE SERVICES, LLC, GMAC MORTGAGE, LLC, and FEDERAL HOME LOAN MORTGAGE CORPORATION

DATED: March 13, 2013     Respectfully submitted,

WAGNER JONES HELSLEY, PC


By:      /s/ *Troy T. Ewell*
              Troy T. Ewell

Attorneys for Plaintiff CAL WEST HOMES AND INVESTMENTS, LLC

**ORDER**

The Court, having duly considered the parties' stipulation as set forth above, and good cause appearing, hereby orders as follows:

In light of the Notice of Bankruptcy Stay (Doc. 12), the Court will stay the Sixth Cause of Action for Negligence against ETS.  All other claims against Defendants will proceed.

IT IS SO ORDERED.

Dated:   **March 13, 2013**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE