1  JOHN B. SULLIVAN (State Bar No. 96742)
   EDWARD R. BUELL, III (State Bar No. 240494)
2  EVELINA MANUKYAN (State Bar No. 233262)
   exm@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  EXECUTIVE TRUSTEE SERVICES, LLC and
   GMAC MORTGAGE, LLC
8  FEDERAL HOME LOAN MORTGAGE
   CORPORATION, a United States Corporation
9
                   UNITED STATES DISTRICT COURT
10
                   EASTERN DISTRICT OF CALIFORNIA
11

12

13 CAL WEST HOMES AND INVESTMENTS, LLC, a California limited liability company,   | Case No. 1:13-cv-00073-LJO-SMS

14              Plaintiff,   | **JOINT STIPULATION TO ADDRESS BANKRUPTCY STAY PER COURT'S MARCH 4, 2013 ORDER**

15       vs.

16 FEDERAL HOME LOAN MORTGAGE
   CORPORATION, a Federally Chartered
17 Private Corporation; EXECUTIVE TRUSTEE
   SERVICES, LLC, dba ETS SERVICES, LLC,
18 a Delaware Limited Liability Company; OLD
   REPUBLIC TITLE COMPANY, a California
19 Corporation; GMAC MORTGAGE, LLC, a
   Delaware Limited Liability Company;
20 DANIEL LEE WESTFALL, an individual;
   TANUE WESTFALL, an individual; and
21 DOES 1 - 10, inclusive,

22              Defendants.
                                               Action Filed:    January 15, 2013
23

24

25

26

27

28

19000.1454/2598190.1                                          1:13-cv-00073-LJO-SMS
                   STIPULATION TO ADDRESS THE BANKRUPTCY STAY

1   Plaintiff CAL WEST HOME AND INVESTMENTS, LLC ("Plaintiff") and Defendants
2   EXECUTIVE TRUSTEE SERVICES, LLC, ("ETS") GMAC MORTGAGE, LLC, ("GMAC")
3   and FEDERAL HOME LOAN MORTGAGE CORPORATION, a United States Corporation
4   ("Freddie Mac")(collectively "Defendants"), by and through their attorneys of record in this case,
5   hereby stipulate and agree that:
6       WHEREAS, Plaintiff filed the instant action in the Superior Court of California, County of
7   Fresno under case No. 12 CE CG 03817 DSB on December 4, 2012 ("Action");
8       WHEREAS, on January 15, 2013 Defendant Federal Home Loan Mortgage Corporation
9   removed the Action to the United States District Court, Eastern District of California-Fresno
10  Division (Case No. 1:13-cv-00073);
11      WHEREAS, Defendants GMAC and ETS filed a Notice of Bankruptcy and Suggestion of
12  Automatic Stay (Doc. 12) pursuant to which Plaintiff's Sixth Cause of Action for Negligence
13  against ETS is a precluded claim;
14      WHEREAS, on March 4, 2013, the Court issued an order requiring the parties to file joint
15  papers addressing the bankruptcy stay (Doc. 14);
16      IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendants,
17  on the other, through their respective counsel of record herein, that the case should proceed with
18  the exception of the precluded Cause of Action for Negligence against ETS.
19      IT IS SO STIPULATED.
20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1 | DATED: March 13, 2013

Respectfully submitted,

2

SEVERSON & WERSON
A Professional Corporation

3

4

5 | By: /s/ *Evelina Manukyan*
Evelina Manukyan

6

7 | Attorneys for Defendants EXECUTIVE TRUSTEE SERVICES, LLC, GMAC MORTGAGE, LLC, and FEDERAL HOME LOAN MORTGAGE CORPORATION

8

9

10 | DATED: March 13, 2013

Respectfully submitted,

11

WAGNER JONES HELSLEY, PC

12

13 | By: /s/ *Troy T. Ewell*
Troy T. Ewell

14

15 | Attorneys for Plaintiff CAL WEST HOMES AND INVESTMENTS, LLC

**ORDER**

The Court, having duly considered the parties' stipulation as set forth above, and good cause appearing, hereby orders as follows:

In light of the Notice of Bankruptcy Stay (Doc. 12), the Court will stay the Sixth Cause of Action for Negligence against ETS.  All other claims against Defendants will proceed.

IT IS SO ORDERED.

Dated:   **March 13, 2013**                              /s/ Lawrence J. O'Neill
                                                        UNITED STATES DISTRICT JUDGE