JOHN B. SULLIVAN (State Bar No. 96742)
EDWARD R. BUELL, III (State Bar No. 240494)
EVELINA MANUKYAN (State Bar No. 233262)
exm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
EXECUTIVE TRUSTEE SERVICES, LLC and
GMAC MORTGAGE, LLC
FEDERAL HOME LOAN MORTGAGE
CORPORATION, a United States Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL WEST HOMES AND INVESTMENTS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a Federally Chartered Private Corporation; EXECUTIVE TRUSTEE SERVICES, LLC, dba ETS SERVICES, LLC, a Delaware Limited Liability Company; OLD REPUBLIC TITLE COMPANY, a California Corporation; GMAC MORTGAGE, LLC, a Delaware Limited Liability Company; DANIEL LEE WESTFALL, an individual; TANUE WESTFALL, an individual; and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No. 1:13-cv-00073-LJO-SMS<br><br>**AMENDED JOINT STIPULATION TO ADDRESS BANKRUPTCY STAY PER COURT'S MARCH 4, 2013 ORDER**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Action Filed:     January 15, 2013 |

Pursuant to March 4, 2013 Order of the Court (Doc. 14), requiring the parties to file joint papers addressing the bankruptcy stay, plaintiff CAL WEST HOME AND INVESTMENTS, LLC ("Plaintiff") and defendants EXECUTIVE TRUSTEE SERVICES, LLC, ("ETS") GMAC MORTGAGE, LLC, ("GMAC") and FEDERAL HOME LOAN MORTGAGE CORPORATION, a United States Corporation ("Freddie Mac"), OLD REPUBLIC TITLE COMPANY ("Old

Republic"), DANIEL LEE WESTFALL ("D. Westfall") and TANUE WESTFALL ("T. Westfall"), (collectively, "Defendants"), by and through their attorneys of record in this case, hereby stipulate and agree that:

WHEREAS, Plaintiff filed the instant action in the Superior Court of California, County of Fresno under case No. 12 CE CG 03817 DSB on December 4, 2012 ("Action");

WHEREAS, on January 15, 2013 Defendant Federal Home Loan Mortgage Corporation removed the Action to the United States District Court, Eastern District of California-Fresno Division (Case No. 1:13-cv-00073);

WHEREAS, Plaintiff asserts a Cause of Action for Negligence against ETS and Old Republic;

WHEREAS, Defendants GMAC and ETS filed a Notice of Bankruptcy and Suggestion of Automatic Stay (Doc. 12) pursuant to which Plaintiff's Sixth Cause of Action for Negligence against ETS is a precluded claim and should be stayed;

WHEREAS, the parties agree that the stay of the Sixth Cause of Action for Negligence against ETS may result in prejudice to Old Republic;

**IT IS HEREBY STIPULATED** by and between Plaintiff, on the one hand, and Defendants, on the other, through their respective counsel of record herein, that the case should proceed with the exception of the Cause of Action for Negligence against ETS and Old Republic.

**IT IS SO STIPULATED**.

DATED:  March 13, 2013              Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation


By:     /s/  Evelina Manukyan
              Evelina Manukyan

Attorneys for Defendants
EXECUTIVE TRUSTEE SERVICES, LLC, GMAC MORTGAGE, LLC, and FEDERAL HOME LOAN MORTGAGE CORPORATION

DATED:  March 13, 2013            Respectfully submitted,

                                  WAGNER JONES HELSLEY, PC



                                  By:    /s/  Troy T. Ewell
                                              Troy T. Ewell

                                  Attorneys for Plaintiff
                                  CAL WEST HOMES AND INVESTMENTS, LLC

DATED:  March 13, 2013            Respectfully submitted,

                                  MOTSCHIEDLER, MICHAELIDES, WISHON,
                                  BREWER & RYAN, LLP



                                  By:    /s/  Justin Dennis Harris
                                              Justin Dennis Harris

                                  Attorneys for Defendants
                                  TANUE WESTFALL and DANIEL LEE WESTFALL

DATED:  March 13, 2013            Respectfully submitted,

                                  ANDERSON, MCPHARLIN & CONNORS, LLC



                                  By:    /s/  Jennifer Sunshine Muse
                                              Jennifer Sunshine Muse

                                  Attorneys for Defendant
                                  OLD REPUBLIC TITLE COMPANY

# ORDER

The Court, having duly considered the parties' stipulation as set forth above, and good cause appearing, hereby orders as follows:

In light of the Notice of Bankruptcy Stay (Doc. 12), the Court will stay the Sixth Cause of Action for Negligence against ETS and Old Republic. All other claims against the Defendants will proceed.

IT IS SO ORDERED.

Dated:   **March 13, 2013**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE