1  JOHN B. SULLIVAN (State Bar No. 96742)
   EDWARD R. BUELL, III (State Bar No. 240494)
2  EVELINA MANUKYAN (State Bar No. 233262)
   exm@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile:  (415) 956-0439
6
   Attorneys for Defendants
7  EXECUTIVE TRUSTEE SERVICES, LLC and
   GMAC MORTGAGE, LLC
8  FEDERAL HOME LOAN MORTGAGE
   CORPORATION, a United States Corporation
9
                    UNITED STATES DISTRICT COURT
10
                    EASTERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| CAL WEST HOMES AND INVESTMENTS, LLC, a California limited liability company,<br><br>  Plaintiff,<br><br>  vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a Federally Chartered Private Corporation; EXECUTIVE TRUSTEE SERVICES, LLC, dba ETS SERVICES, LLC, a Delaware Limited Liability Company; OLD REPUBLIC TITLE COMPANY, a California Corporation; GMAC MORTGAGE, LLC, a Delaware Limited Liability Company; DANIEL LEE WESTFALL, an individual; TANUE WESTFALL, an individual; and DOES 1 - 10, inclusive,<br><br>  Defendants. | Case No. 1:13-CV-00073-LJO-SMS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br><br><br><br><br><br><br><br><br><br><br>Action Filed:   January 15, 2013 |

19000.1454/2599674.1                                       1:13-cv-00073-LJO-SMS
            STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

1  Plaintiff CAL WEST HOME AND INVESTMENTS, LLC ("Plaintiff") and Defendants
2  EXECUTIVE TRUSTEE SERVICES, LLC, GMAC MORTGAGE, LLC, and FEDERAL HOME
3  LOAN MORTGAGE CORPORATION, a United States Corporation ("Defendants"), by and
4  through their attorneys of record in this case, hereby stipulate and agree that:
5  WHEREAS, Plaintiff filed the instant action in the Superior Court of California, County of
6  Fresno under case No. 12 CE CG 03817 DSB on December 4, 2012 ("Action");
7  WHEREAS, on January 15, 2013 Defendant Federal Home Loan Mortgage Corporation
8  removed the Action to the United States District Court, Eastern District of California-Fresno
9  Division (Case No. 1:13-cv-00073);
10  WHEREAS, the Defendants' responsive pleading is presently due on March 14, 2013;
11  WHEREAS, the Parties continue to assess the merits of the matter;
12  WHEREAS, Local Rule 6-144(a) of the United States District Court for the Eastern
13  District of California provides that the Parties may stipulate to extend the time for responding to a
14  complaint without leave of Court so long as all parties affected by the extension consent and the
15  extension is no longer than 28 days;
16  IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendants,
17  on the other, through their respective counsel of record herein, that the Defendants may have an
18  extension of time to answer, move, or otherwise respond to Plaintiff's complaint to and including
19  April 10, 2013.
20  This extension of time will not alter the date of any event or deadline already fixed by
21  Court order.
22  IT IS SO STIPULATED.
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28

19000.1454/2599674.1                                          1:13-cv-00073-LJO-SMS
                                        STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

DATED: March 15, 2013                Respectfully submitted,

                                          SEVERSON & WERSON
                                          A Professional Corporation

By:      /s/ *Evelina Manukyan*
              Evelina Manukyan

Attorneys for Defendants EXECUTIVE TRUSTEE SERVICES, LLC and GMAC MORTGAGE, LLC (and FREDDIE MAC?)

DATED: March 15, 2013                Respectfully submitted,

                                          WAGNER JONES HELSLEY, PC

By:      /s/ *Troy T. Ewell*
              Troy T. Ewell

Attorneys for Plaintiff CAL WEST HOMES AND INVESTMENTS, LLC

## **ORDER**

The Court, having duly considered the parties' stipulation as set forth above, and good cause appearing, hereby orders as follows:

Defendants' deadline to file a responsive pleading to Plaintiff's Complaint shall be extended to April 10, 2013.

IT IS SO ORDERED.

DATED: 3/15/2013                /s/ SANDRA M. SNYDER

                                         UNITED STATES MAGISTRATE JUDGE