1  **WANGER JONES HELSLEY PC**
   265 E. River Park Circle, Suite 310
2  Fresno, California  93720
   Telephone: (559) 233-4800
3  Facsimile:  (559) 233-9330
   E-Mail: ptoole@wjhattorneys.com
4
   Patrick D. Toole #190118
5  Troy T. Ewell #210338

6  Attorneys for:    Plaintiff, Cal West Homes and Investments, LLC,
                     a California limited liability company
7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | CAL WEST HOMES AND INVESTMENTS, | Case No. 1:13-cv-00073-LJO-SMS |
   | LLC, a California limited liability company, | |

12 | Plaintiff, | **STIPULATION TO DISMISS SEVENTH CAUSE OF ACTION TO QUIET TITLE AGAINST DEFENDANT OLD REPUBLIC TITLE COMPANY AND ORDER** |

13 v.

14 FEDERAL HOME LOAN MORTGAGE
   CORPORATION, a federally chartered
15 private corporation; EXECUTIVE TRUSTEE
   SERVICES, LLC, dba ETS SERVICES, LLC,
16 a Delaware limited liability company; OLD
   REPUBLIC TITLE COMPANY, a California
17 corporation; DANIEL LEE WESTFALL, an
   individual; TANUE WESTFALL, an
18 individual; and DOES 1 – 10, inclusive,

19 Defendants.

20

21                                              **Action Filed:  January 15, 2013**

22

23           Plaintiff CAL WEST HOME AND INVESTMENTS, LLC, a California limited

24 liability company ("Cal West") and Defendant OLD REPUBLIC TITLE COMPANY, a

25 California corporation ("Old Republic"), by and through their attorneys of record in this case,

26 hereby stipulate and agree that:

27

28

**STIPULATION TO DISMISS SEVENTH CAUSE OF ACTION TO QUIET TITLE AGAINST DEFENDANT OLD
REPUBLIC TITLE COMPANY AND [PROPOSED] ORDER**

1    WHEREAS, Plaintiff filed the instant action in the Superior Court of California,

2  County of Fresno under case No. 12 CE CG 03817 DSB on December 4, 2012 ("Action");

3    WHEREAS, on January 15, 2013, Defendant Federal Home Loan Mortgage

4  Corporation removed the Action to the United States District Court, Eastern District of

5  California-Fresno Division (Case No. 1:13-cv-00073);

6    WHEREAS, Plaintiff Cal West asserts Causes of Action for Negligence and to

7  Quiet Title to certain real property against Defendant Old Republic;

8    WHEREAS, on February 28, 2013, Defendant Old Republic filed a Motion to

9  Dismiss the Action with respect to Defendant Old Republic (Doc. 8) challenging the Negligence

10  and Quiet Title causes of action;

11    WHEREAS, the parties have agreed to stay the Negligence cause of action

12  against Defendant Old Republic, and Defendant Executive Trustee Services, LLC (Doc. 18),

13  due to Defendant Executive Trustee Services, LLC's and Defendant GMAC Mortgage, LLC's

14  filing of a Notice of Bankruptcy and Suggestion of Automatic Stay (Doc. 12);

15    WHEREAS, Plaintiff Cal West and Defendant Old Republic agree that: 1)

16  Plaintiff Cal West's dismissal of the Quiet Title Cause of Action against Defendant Old

17  Republic is appropriate due to the stay of the Negligence Cause of Action and the lack of any

18  interest claimed by Defendant Old Republic in the subject property, 2) Defendant Old

19  Republic's outstanding Motion to Dismiss can therefore be taken off calendar and re-filed with

20  the Court should the stay of the Negligence Cause of Action against Defendant Old Republic

21  ever be lifted;

22    IT IS HEREBY STIPULATED by and between Plaintiff Cal West, on the one

23  hand, and Defendant Old Republic, on the other, through their respective counsel of record

24  herein, that the Seventh Cause of Action to Quiet Title against Defendant Old Republic should

25  be dismissed, that each party should bear its own attorney's fees and costs.  The parties further

26  stipulate and agree that Defendant Old Republic's Motion to Dismiss set for April 16, 2013 at

27  8:30 a.m. should be taken off calendar and may be re-filed if the stay as to the Sixth Cause of

28  Action for Negligence as to Defendant Old Republic is lifted.

**STIPULATION TO DISMISS SEVENTH CAUSE OF ACTION TO QUIET TITLE AGAINST DEFENDANT OLD REPUBLIC TITLE COMPANY AND [PROPOSED] ORDER**

IT IS SO STIPULATED.

DATED:  March 25, 2013            Respectfully submitted,

WAGNER JONES HELSLEY, PC


By:  _____/s/ Troy T. Ewell_____
                     Troy T. Ewell

Attorneys for Plaintiff CAL WEST HOMES AND
INVESTMENTS, LLC


DATED:  March 25, 2013            ANDERSON MCPHARLIN & CONNERS LLP


By:  _____/s/ Jennifer S. Muse_____
                     Jennifer S. Muse

Attorneys for Defendant OLD REPUBLIC TITLE
COMPANY

## <u>ORDER</u>

The Court, having duly considered the parties' stipulation as set forth above, and good cause appearing, hereby orders as follows:

1.    IT IS HEREBY ORDERED that the Seventh Cause of Action to Quiet Title against Defendant Old Republic is dismissed without prejudice with each party to bear its own attorney's fees and costs.

2.    IT IS FURTHER ORDERED that Defendant Old Republic's Motion to Dismiss, scheduled to be heard by this Court on April 16, 2013, is hereby taken off calendar. The Motion to Dismiss can be re-filed if the stay as to the Sixth Cause of Action for Negligence is lifted as to Defendant Old Republic.

At this time, this Court will take no further action on Old Republic's F.R.Civ.P. 12(b)(6) motion to dismiss as the April 16, 2013 hearing is vacated.

IT IS SO ORDERED.

Dated:   __March 25, 2013__                    ____/s/ Lawrence J. O'Neill__
                                                        UNITED STATES DISTRICT JUDGE

**STIPULATION TO DISMISS SEVENTH CAUSE OF ACTION TO QUIET TITLE AGAINST DEFENDANT OLD REPUBLIC TITLE COMPANY AND [PROPOSED] ORDER**