**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330
E-Mail: ptoole@wjhattorneys.com

Patrick D. Toole #190118
Troy T. Ewell #210338

Attorneys for:   Plaintiff, Cal West Homes and Investments, LLC,
a California limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL WEST HOMES AND INVESTMENTS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a federally chartered private corporation; EXECUTIVE TRUSTEE SERVICES, LLC, dba ETS SERVICES, LLC, a Delaware limited liability company; OLD REPUBLIC TITLE COMPANY, a California corporation; DANIEL LEE WESTFALL, an individual; TANUE WESTFALL, an individual; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 1:13-cv-00073-LJO-SMS<br><br>**STIPULATION TO DISMISS SEVENTH CAUSE OF ACTION TO QUIET TITLE AGAINST DEFENDANT OLD REPUBLIC TITLE COMPANY AND ORDER**<br><br><br><br>**Action Filed: January 15, 2013** |

Plaintiff CAL WEST HOME AND INVESTMENTS, LLC, a California limited liability company ("Cal West") and Defendant OLD REPUBLIC TITLE COMPANY, a California corporation ("Old Republic"), by and through their attorneys of record in this case, hereby stipulate and agree that:

1    WHEREAS, Plaintiff filed the instant action in the Superior Court of California, County of Fresno under case No. 12 CE CG 03817 DSB on December 4, 2012 ("Action");

WHEREAS, on January 15, 2013, Defendant Federal Home Loan Mortgage Corporation removed the Action to the United States District Court, Eastern District of California-Fresno Division (Case No. 1:13-cv-00073);

WHEREAS, Plaintiff Cal West asserts Causes of Action for Negligence and to Quiet Title to certain real property against Defendant Old Republic;

WHEREAS, on February 28, 2013, Defendant Old Republic filed a Motion to Dismiss the Action with respect to Defendant Old Republic (Doc. 8) challenging the Negligence and Quiet Title causes of action;

WHEREAS, the parties have agreed to stay the Negligence cause of action against Defendant Old Republic, and Defendant Executive Trustee Services, LLC (Doc. 18), due to Defendant Executive Trustee Services, LLC's and Defendant GMAC Mortgage, LLC's filing of a Notice of Bankruptcy and Suggestion of Automatic Stay (Doc. 12);

WHEREAS, Plaintiff Cal West and Defendant Old Republic agree that: 1) Plaintiff Cal West's dismissal of the Quiet Title Cause of Action against Defendant Old Republic is appropriate due to the stay of the Negligence Cause of Action and the lack of any interest claimed by Defendant Old Republic in the subject property, 2) Defendant Old Republic's outstanding Motion to Dismiss can therefore be taken off calendar and re-filed with the Court should the stay of the Negligence Cause of Action against Defendant Old Republic ever be lifted;

IT IS HEREBY STIPULATED by and between Plaintiff Cal West, on the one hand, and Defendant Old Republic, on the other, through their respective counsel of record herein, that the Seventh Cause of Action to Quiet Title against Defendant Old Republic should be dismissed, that each party should bear its own attorney's fees and costs. The parties further stipulate and agree that Defendant Old Republic's Motion to Dismiss set for April 16, 2013 at 8:30 a.m. should be taken off calendar and may be re-filed if the stay as to the Sixth Cause of Action for Negligence as to Defendant Old Republic is lifted.


Case 1:13-cv-00073-LJO-SMS   Document 22   Filed 03/25/13   Page 3 of 4

IT IS SO STIPULATED.

DATED: March 25, 2013              Respectfully submitted,

WAGNER JONES HELSLEY, PC


By:  /s/ *Troy T. Ewell*
         Troy T. Ewell

Attorneys for Plaintiff CAL WEST HOMES AND INVESTMENTS, LLC


DATED: March 25, 2013              ANDERSON MCPHARLIN & CONNERS LLP


By:  /s/ *Jennifer S. Muse*
         Jennifer S. Muse

Attorneys for Defendant OLD REPUBLIC TITLE COMPANY


1058068.1{6153/077/00402122.DOCX}                    3
**STIPULATION TO DISMISS SEVENTH CAUSE OF ACTION TO QUIET TITLE AGAINST DEFENDANT OLD REPUBLIC TITLE COMPANY AND [PROPOSED] ORDER**

# ORDER

The Court, having duly considered the parties' stipulation as set forth above, and good cause appearing, hereby orders as follows:

1. IT IS HEREBY ORDERED that the Seventh Cause of Action to Quiet Title against Defendant Old Republic is dismissed without prejudice with each party to bear its own attorney's fees and costs.

2. IT IS FURTHER ORDERED that Defendant Old Republic's Motion to Dismiss, scheduled to be heard by this Court on April 16, 2013, is hereby taken off calendar. The Motion to Dismiss can be re-filed if the stay as to the Sixth Cause of Action for Negligence is lifted as to Defendant Old Republic.

At this time, this Court will take no further action on Old Republic's F.R.Civ.P. 12(b)(6) motion to dismiss as the April 16, 2013 hearing is vacated.

IT IS SO ORDERED.

Dated:  **March 25, 2013**             /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE