1  JOHN B. SULLIVAN (State Bar No. 96742)
   jbs@severson.com
2  EDWARD R. BUELL, III (State Bar No. 240494)
   erb@severson.com
3  EVELINA MANUKYAN (State Bar No. 233262)
   exm@severson.com
4  SEVERSON & WERSON
   A Professional Corporation
5  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
6  Telephone: (415) 398-3344
   Facsimile:  (415) 956-0439
7
   Attorneys for Defendants
8  EXECUTIVE TRUSTEE SERVICES, LLC,
   GMAC MORTGAGE, LLC and FEDERAL
9  HOME LOAN MORTGAGE CORPORATION,
   a United States Corporation
10

11                    UNITED STATES DISTRICT COURT

12            EASTERN DISTRICT OF CALIFORNIA — FRESNO DIVISION

13

| | |
|---|---|
| CALWEST HOMES AND INVESTMENTS, LLC, a California limited liability company, | Case No. 1:13-CV-00073-LJO-SMS |
| Plaintiff, | **STIPULATION TO CONTINUE PRE-TRIAL DEADLINES; ORDER THEREON** |
| vs. | The Hon. Lawrence J. O'Neill |
| FEDERAL HOME LOAN MORTGAGE CORPORATION, a Federally Chartered Private Corporation; EXECUTIVE TRUSTEE SERVICES, LLC, dba ETS SERVICES, LLC, a Delaware Limited Liability Company; OLD REPUBLIC TITLE COMPANY, a California Corporation; GMAC MORTGAGE, LLC, a Delaware Limited Liability Company; DANIEL LEE WESTFALL, an individual; TANUE WESTFALL, an individual; and DOES 1 - 10, inclusive, | Action Filed:   January 15, 2013<br>Trial Date:     April 8, 2014 |
| Defendants. | |

1  Plaintiff CAL WEST HOMES AND INVESTMENTS, LLC ("Plaintiff") and defendants
2  EXECUTIVE TRUSTEE SERVICES, LLC, GMAC MORTGAGE, LLC, and FEDERAL HOME
3  LOAN MORTGAGE CORPORATION, a United States Corporation, OLD REPUBLIC TITLE
4  COMPANY and DANIEL LEE WESTFALL,("Defendants") (collectively, the "Parties"), by and
5  through their attorneys of record in this case, hereby stipulate and agree that:

## RECITALS

WHEREAS, Plaintiff initiated the instant action in the Superior Court of California, County of Fresno under case No. 12 CE CG 03817 DSB on December 4, 2012 ;

WHEREAS, Freddie Mac removed the case to this Court on January 15, 2013;

WHEREAS, on May 14, 2013 the Court issued its Scheduling Conference Order, setting the matter for a jury trial on April 8, 2014;

WHEREAS, the Parties, thought their counsel of record are actively engaged in settlement discussions and believe in good faith that they are close to reaching a global settlement in this action;

WHEREAS, the Parties believe that such settlement will result in the dismissal of the entire action with prejudice against all defendants;

WHEREAS, the Parties believe that an extension of the pre-trial deadlines would facilitate the settlement process by relieving the parties of the costs and expense of having to prepare for trial and allow for the Parties to focus on settlement discussions;

WHEREAS, previously, the Parties have not asked for any extensions of deadlines;

WHEREAS, this extension will not alter the trial, pre-trial conference or settlement conference dates;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that pre-trial deadlines should be continued as follows:

1. The Parties' first expert disclosures should be continued from October 18, 2013 to November 1, 2013;

2. The Parties' second (supplemental) expert disclosures should be continued from November 8, 2013 to November 22, 2013;

3. The discovery cut-off date should be continued from October 11, 2013 to November 1, 2013;

4. The non-dispositive motion filing cut-off date should be continued from October 18, 2013 to November 8, 2013;

5. The dispositive motion filing cut-off date should be continued from December 6, 2013 to December 16, 2013.

**IT IS SO STIPULATED.**

DATED: September 25, 2013    Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation


By:    /s/ *Evelina Manukyan*
         Evelina Manukyan

Attorneys for Defendants EXECUTIVE TRUSTEE SERVICES, LLC and GMAC MORTGAGE, LLC and FREDDIE MAC


DATED: September 25, 2013    Respectfully submitted,

WAGNER JONES HELSLEY, PC


By:    /s/ *Troy T. Ewell*
         Troy T. Ewell

Attorneys for Plaintiff CAL WEST HOMES AND INVESTMENTS, LLC


DATED: September 25, 2013    Respectfully submitted,

ANDERSON MCPHARLIN & CONNERS, LLP


By:    /s/ *Jennifer S. Muse*
         Jennifer S. Muse

Attorneys for Defendant OLD REPUBLIC TITLE COMPANY

1  DATED: September 25, 2013                Respectfully submitted,

2                                           MOTSCHIEDLER MICHAELIDES WISHON
3                                           BREWER & RYAN, LLP

4
                                            By:    /s/ *Justin D. Harris*
5                                                  Justin D. Harris

6                                           Attorneys for Defendant DANIEL L. WESTFALL

7

8

9                                **ORDER**

10     Based on the foregoing stipulation of the Parties, and good cause appearing, **IT IS SO**

11  **ORDERED**.  Pre-trial deadlines are reset as set forth above.

12

13

14  DATED:  9/27/2013                        /s/ SANDRA M. SNYDER
                                             UNITED STATES MAGISTRATE JUDGE
15