**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 233-4800
Facsimile:  (559) 233-9330
E-Mail: ptoole@wjhattorneys.com

Patrick D. Toole #190118
Troy T. Ewell #210338

Attorneys for:  Plaintiff, Cal West Homes and Investments, LLC, a CA limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CAL WEST HOMES AND INVESTMENTS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a federally chartered private corporation; EXECUTIVE TRUSTEE SERVICES, LLC, dba ETS SERVICES, LLC, a Delaware limited liability company; OLD REPUBLIC TITLE COMPANY, a California corporation; DANIEL LEE WESTFALL, an individual; TANUE WESTFALL, an individual; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 1:13-CV-00073-LJO-SMS<br><br>**SECOND AMENDED STIPULATION TO CONTINUE PRE-TRIAL DEADLINES; AND ORDER THEREON**<br><br><br><br><br><br>Complaint Filed:  December 4, 2012<br>Notice of Removal Filed:  January 15, 2013<br>Trial Date:  April 8, 2014<br><br>Judge:  Honorable Lawrence J. O'Neill |

Plaintiff, CAL WEST HOMES AND INVESTMENTS, LLC ("Plaintiff") and Defendants, EXECUTIVE TRUSTEE SERVICES, LLC, GMAC MORTGAGE, LLC, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a United States Corporation, OLD REPUBLIC TITLE COMPANY and DANIEL LEE WESTFALL (collectively, "Defendants" and together with "Plaintiff" referred to herein as the "Parties"), by and through their attorneys of record in this case, hereby stipulate and agree that:

## **RECITALS**

WHEREAS, Plaintiff initiated the instant action in the Superior Court of California, County of Fresno under case No. 12 CE CG 03817 DSB on December 4, 2012 ;

WHEREAS, Freddie Mac removed the case to this Court on January 15, 2013 (Doc. 1);

WHEREAS, Plaintiff agreed to stay the Negligence cause of action against Defendant Old Republic, and Defendant Executive Trustee Services, LLC, which is still in effect, due to Defendant Executive Trustee Services, LLC's and Defendant GMAC Mortgage, LLC's filing of a Notice of Bankruptcy and Suggestion of Automatic Stay;

WHEREAS, on May 14, 2013, the Court issued its Scheduling Conference Order, setting the matter for a jury trial on April 8, 2014 (Doc. 38);

WHEREAS, on September 27, 2013, the Court issued an Order continuing the pre-trial deadlines based on a stipulation by the Parties and upon the Parties' active settlement negotiations and the prospect of a complete and final settlement of this action (Doc. 40);

WHEREAS, the Parties agreed to the terms of a Settlement Agreement, but, due to the existence of previously undiscovered encumbrances on the real property that is the subject of this action, the structure of the settlement needs to be altered;

WHEREAS, the Parties, through their counsels of record, are actively engaged in settlement discussions to determine a structure for the settlement that will be agreeable to the Parties and believe in good faith that they will be able to reach a global settlement in this action;

WHEREAS, the Parties believe that such settlement will result in the dismissal of the entire action with prejudice against all defendants;

WHEREAS, the Parties believe that an extension of the pre-trial deadlines and a continuance of the trial date would facilitate the settlement process by relieving the parties of the costs and expense of having to prepare for trial and allow for the Parties to focus on settlement discussions;

WHEREAS, this extension will not alter the deadline to file a dispositive motion, pre-trial conference or trial dates;

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** that:

1. The following pre-trial deadlines should be continued as follows:

    a. The Parties' expert disclosure deadline should be continued from November 1, 2013, to November 15, 2013;

    b. The Parties' supplemental expert disclosure deadline should be continued from November 22, 2013, to November 29, 2013;

    c. The discovery deadline (Non-Expert) should be continued from November 1, 2013, to December 2, 2013;

    e. The discovery deadline (Expert) should be continued from November 1, 2013, to December 13, 2013;

    d. The non-dispositive motion filing deadline date should be continued from November 8, 2013, to December 9, 2013; and

    e. The settlement conference date should be continued from November 20, 2013 to January 29, 2014, at 11:00 a.m.

2. The following dates as specified in this Court's Scheduling Conference Order (Doc. 38) and Stipulation to Continue Trial Deadlines and Order Thereon (Doc. 40) shall remain unchanged:

    a. The dispositive motion filing deadline shall remain December 16, 2013;

    b. The pre-trial conference date shall remain February 25, 2014, at 8:30 a.m. in Courtroom 4; and

    c. The jury trial date shall remain April 8, 2014, at 8:30 a.m. in Courtroom 4.

**IT IS SO STIPULATED.**

DATED: October 31, 2013                Respectfully submitted,

                                       WAGNER JONES HELSLEY, PC

                                       By:  /s/ *Troy T. Ewell*
                                            Troy T. Ewell

|   |   |   |
|---|---|---|
| 1 |   | Attorneys for Plaintiff CAL WEST HOMES AND INVESTMENTS, LLC |
| 2 |   |   |
| 3 | DATED: October 31, 2013 | Respectfully submitted, |
| 4 |   | SEVERSON & WERSON |
| 5 |   | A Professional Corporation |
| 6 |   | By:   /s/ *Evelina Manukyan* |
|   |   |         Evelina Manukyan |
| 7 |   |   |
| 8 |   | Attorneys for Defendants EXECUTIVE TRUSTEE SERVICES, LLC and GMAC MORTGAGE, LLC and FREDDIE MAC |
| 9 | DATED: October 31, 2013 | Respectfully submitted, |
| 10 |   | ANDERSON MCPHARLIN & CONNERS, LLP |
| 11 |   |   |
| 12 |   | By:   /s/ *Jennifer S. Muse* |
|   |   |         Jennifer S. Muse |
| 13 |   |   |
| 14 |   | Attorneys for Defendant OLD REPUBLIC TITLE COMPANY |
| 15 | DATED: October 31, 2013 | Respectfully submitted, |
| 16 |   | MOTSCHIEDLER MICHAELIDES WISHON BREWER & RYAN, LLP |
| 17 |   |   |
| 18 |   | By:   /s/ *Justin D. Harris* |
| 19 |   |         Justin D. Harris |
| 20 |   | Attorneys for Defendant DANIEL L. WESTFALL |

## ORDER

Based on the foregoing Amended Stipulation of the Parties, and good cause appearing,

**IT IS SO ORDERED**.  Pre-trial deadlines are reset as set forth above.

DATED: <u>10/31/2013</u>                    /s/ SANDRA M. SNYDER
                                            UNITED STATES MAGISTRATE JUDGE