UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL WEST HOME AND INVESTMENTS, LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORP., et al.,<br><br>            Defendants. | **CASE NO. CV F 13-0073 LJO SMS**<br><br>**ORDER AFTER SETTLEMENT**<br><br>**(Doc. 46.)** |

Plaintiff's counsel notified this Court that settlement has been reached among all parties. Pursuant to this Court's Local Rule 160, this Court ORDERS the parties, **no later than March 28, 2014**, to file appropriate papers to dismiss or conclude this action in its entirety, or to show good cause why the action has not been dismissed.  No good cause is apparent to warrant 60 days to complete settlement and dismiss this action.

This Court VACATES all pending matters and dates, including the **February 25, 2014 pretrial conference and April 8, 2014 trial**, which are subject to immediate resetting before this

1

district judge or any other available district judge, including a district judge sitting in Sacramento or another district.

Failure to comply with this order will be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rules 160 and 272.  This Court ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

IT IS SO ORDERED.

Dated:   **February 19, 2014**              **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE