JOHN B. SULLIVAN (State Bar No. 96742)
EDWARD R. BUELL, III (State Bar No. 240494)
EVELINA MANUKYAN (State Bar No. 233262)
exm@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendants
EXECUTIVE TRUSTEE SERVICES, LLC and
GMAC MORTGAGE, LLC
FEDERAL HOME LOAN MORTGAGE
CORPORATION, a United States Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAL WEST HOMES AND INVESTMENTS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a Federally Chartered Private Corporation; EXECUTIVE TRUSTEE SERVICES, LLC, dba ETS SERVICES, LLC, a Delaware Limited Liability Company; OLD REPUBLIC TITLE COMPANY, a California Corporation; GMAC MORTGAGE, LLC, a Delaware Limited Liability Company; DANIEL LEE WESTFALL, an individual; TANUE WESTFALL, an individual; and DOES 1 - 10, inclusive,<br><br>Defendants. | Case No. 1:13-cv-00073-LJO-SMS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE DISMISSAL**<br><br><br><br><br><br><br><br><br><br><br><br>Action Filed:   January 15, 2013 |

Plaintiff CAL WEST HOMES AND INVESTMENTS, LLC ("Plaintiff") and defendants EXECUTIVE TRUSTEE SERVICES, LLC, GMAC MORTGAGE, LLC, and FEDERAL HOME LOAN MORTGAGE CORPORATION, a United States Corporation, OLD REPUBLIC TITLE COMPANY and DANIEL LEE WESTFALL,("Defendants") (collectively, the "Parties"), by and through their attorneys of record in this case, hereby stipulate and agree that:

**RECITALS**

WHEREAS, the Parties have reached the settlement of this matter;

WHEREAS, the Notice of Conditional Settlement was filed on February 18, 2014 (Docket No. 46);

WHEREAS, on February 19, 2014 (Docket No. 47), the Court issued an Order After Settlement setting the deadline to have the dismissal papers filed by March 28, 2014, or show good cause for why the action has not been dismissed;

WHEREAS, the parties have worked diligently to have the matter dismissed by March 28, 2014;

WHEREAS, the parties are facing a small delay in concluding the settlement paperwork, due to the numerosity of the parties involved, and the complexities and the number of documents needed to be executed and notarized within various departments of each organization, including a number of documents transferring title to the subject real property, in addition to the settlement agreement;

WHEREAS, at this point, the Defendants' counsel needs to obtain one final signature on the settlement agreement and the delay is strictly administrative in nature;

IT IS HEREBY STIPULATED by and between Plaintiff, on the one hand, and Defendants, on the other, through their respective counsel of record herein, that the deadline to have the matter dismissed be continued to April 18, 2014.

This extension of time will not alter the date of any event or deadline already fixed by Court order.

IT IS SO STIPULATED.

1 | DATED: March 28, 2014

Respectfully submitted,

SEVERSON & WERSON
A Professional Corporation

By:     /s/ *Evelina Manukyan*
              Evelina Manukyan

Attorneys for Defendants EXECUTIVE TRUSTEE SERVICES, LLC and GMAC MORTGAGE, LLC (and FREDDIE MAC?)

DATED: March 28, 2014

Respectfully submitted,

WAGNER JONES HELSLEY, PC

By:     /s/ *Troy T. Ewell*
              Troy T. Ewell

Attorneys for Plaintiff CAL WEST HOMES AND INVESTMENTS, LLC

DATED: March 28, 2014

Respectfully submitted,

ANDERSON, MCPHARLIN & CONNERS LLP

By:     /s/ *Jennifer S. Muse*
              Jennifer S. Muse

Attorneys for Defendant OLD REPUBLIC TITLE COMPANY

1  DATED:  March 28, 2014          Respectfully submitted,

2                                  MOTSCHIEDLER, MICHAELIDES, WISHON,
                                   BREWER & RYAN, LLP
3

4

5                                  By:    /s/ *Justin D. Harris*
                                          Justin D. Harris
6

7                                  Attorneys for Defendant DANIEL WESTFALL

**ORDER**

The Court, having duly considered the parties' stipulation as set forth above, and good cause appearing, hereby orders as follows:  The deadline to file the appropriate dismissal papers is reset to April 18, 2014, as set forth above.

IT IS SO ORDERED.

Dated:   **March 28, 2014**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE