**WANGER JONES HELSLEY PC**
265 E. River Park Circle, Suite 310
Fresno, California  93720
Telephone: (559) 233-4800
Facsimile:  (559) 233-9330
E-Mail: ptoole@wjhattorneys.com

Patrick D. Toole #190118
Troy T. Ewell #210338

Attorneys for:  Plaintiff Cal West Homes and Investments, LLC, a CA limited liability company

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

| | |
|---|---|
| CAL WEST HOMES AND INVESTMENTS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL HOME LOAN MORTGAGE CORPORATION, a federally chartered private corporation; EXECUTIVE TRUSTEE SERVICES, LLC, dba ETS SERVICES, LLC, a Delaware limited liability company; OLD REPUBLIC TITLE COMPANY, a California corporation; DANIEL LEE WESTFALL, an individual; TANUE WESTFALL, an individual; and DOES 1 – 10, inclusive,<br><br>Defendants. | Case No. 1:13-cv-00073-LJO-SMS<br><br>**STIPULATION AND ORDER TO DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE**<br><br><br>Complaint Filed:          December 4, 2012<br>Notice of Removal Filed:  January 15, 2013<br>Trial Date:               April 8, 2014<br><br>Judge:  Honorable Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties to this action through

their respective counsel, that the above-captioned action be dismissed with prejudice pursuant to

Federal Rules of Civil Procedure, Rule 41(a)(1).  The parties have further stipulated that each

side will bear their own costs, including attorneys' fees.

///

///

{6153/077/00466114.DOC}                           1

1

2     DATED: April 17, 2014                 Respectfully submitted,

3                                           WAGNER JONES HELSLEY, PC

4                                           By:    /s/ *Troy T. Ewell*
                                                   Troy T. Ewell
5
                                            Attorneys for Plaintiff CAL WEST HOMES AND
6                                           INVESTMENTS, LLC

7
      DATED: April 17, 2014                 Respectfully submitted,
8
9                                           SEVERSON & WERSON
                                            A Professional Corporation
10

11                                          By:    /s/ *Evelina Manukyan*
                                                   Evelina Manukyan
12

13                                          Attorneys for Defendants EXECUTIVE
                                            TRUSTEE SERVICES, LLC and GMAC
14                                          MORTGAGE, LLC and FEDERAL HOME
                                            LOAN MORTGAGE CORPORATION
15

16    DATED: April 17, 2014                 Respectfully submitted,

17                                          ANDERSON MCPHARLIN & CONNERS, LLP

18                                          By:    /s/ *Jennifer S. Muse*
                                                   Jennifer S. Muse
19

20                                          Attorneys for Defendant OLD REPUBLIC TITLE
                                            COMPANY
21

22    DATED: April 17, 2014                 Respectfully submitted,

23                                          MOTSCHIEDLER MICHAELIDES WISHON
                                            BREWER & RYAN, LLP
24

25                                          By:    /s/ *Justin D. Harris*
                                                   Justin D. Harris
26
                                            Attorneys for Defendant DANIEL L. WESTFALL
27
      ///
28

{6153/077/00466114.DOC}                2
**STIPULATION AND ORDER TO DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE**

## ORDER

Based upon this Stipulation, **IT IS HEREBY ORDERED** that this Action is **DISMISSED WITH PREJUDICE** and all parties are to bear their own fees and costs. All pending dates and deadlines are **VACATED**, and the Clerk of Court is directed to **CLOSE THIS CASE**.

IT IS SO ORDERED.

Dated:    **April 18, 2014**              **/s/ Lawrence J. O'Neill**
                                          UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER TO DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE**